**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1409**

_____

In re:  CARISSA EUGENIA BROWN,

                    Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Western District of North Carolina, at Charlotte.  (3:20-cr-00415-MOC-WCM-1)

_____

Submitted:  June 9, 2023                                   Decided:  July 12, 2023

_____

Before DIAZ. Chief Judge, RICHARDSON, Circuit Judge, and MOTZ, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Carissa Eugenia Brown, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carissa Eugenia Brown pled guilty to wire fraud, in violation of 18 U.S.C. § 1343, and money laundering, in violation of 18 U.S.C. § 1957. She is currently awaiting sentencing. After determining that Brown violated the terms of her pretrial release, the magistrate judge revoked her bond and ordered her detained pending sentencing.[*] Brown now petitions for a writ of mandamus, requesting that this Court order her immediate release. We conclude that Brown is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [she] desires." *Murphy-Brown*, 907 F.3d at 795 (cleaned up). Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief Brown seeks is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] This Court previously dismissed for lack of jurisdiction Brown's appeal of the magistrate judge's order.